# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES C. KLUEBER, *Plaintiff, pro se,* | : : : | CIVIL ACTION |
| v. | : : | |
| ROBERT PATTERSON, *Esq.,* MICHAEL SCHWARTZ, *Esq.,* *Defendants.* | : : : | NO. 18-588 |

# O R D E R

**AND NOW**, this 23rd day of March, 2018, upon consideration of Mr. Klueber's *pro se* Complaint, it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to file the complaint.

2. The complaint is **DISMISSED,** with prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the accompanying Memorandum.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*